JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE A. GRINIE, | Case No. CV 17-06793-JLS (JDE) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF ALHAMBRA, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 12, 2018

_____
JOSEPHINE L. STATON
United States District Judge